CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JOSHUA J. PETITPAS,<br>    Plaintiff, | Civil Action No. 7:16-cv-00464 |
| v. | **ORDER** |
| WEST VIRGINIA REGIONAL<br>JAIL SECURITY/STAFF,<br>    Defendant. | By:   Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff is granted leave to file an amended complaint within twenty days; and the Clerk shall strike the case from the active docket if Plaintiff does not file a document within twenty days of this Order's entry.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 14th day of October, 2016.

/s/ Michael F. Urbanski
United States District Judge