CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 7 2016

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA J. PETITPAS,  Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00464 |
| v. | ) ) ) | **ORDER** |
| MAJOR TRENT, et al.,  Defendants. | ) ) ) | By: Hon. Michael F. Urbanski  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to amend is **GRANTED**; Major Trent, Major Stakes, Captain Hayes, Captain Keller, Officer S. Finks, and Officer K. Johnston are **SUBSTITUTED** for defendant West Virginia Regional Jail Security/Staff; the federal claims are **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); any state law claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3); and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 6th day of December, 2016.

/s/ Michael F. Urbanski
United States District Judge